# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| PAY PER VIEW, INC. | |
| Plaintiffs | |
| vs. | Civil 98-1500 (PG) |
| FULANO DE TAL, d/b/a RAFI LIQUOR STORE, et al | |
| Defendants | |

## ORDER

It appears from the docket of this case that on November 18, 1998, plaintiff's counsel was allowed to withdraw from this case, and the plaintiff was granted forty-five days to obtain new legal representation. No further action having been taken, this case is hereby DISMISSED, with prejudice.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 20th day of April, 2000.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

AO 72A
(Rev. 8/82)