ENTERED ON DOCKET

4/24/00 PURSUANT

UNITED STATES DISTRICT COURT FOR THE TO FRCP RULES 58 & 79a
DISTRICT OF PUERTO RICO

PAY PER VIEW, INC.,               *
        Plaintiff,                *
                                  *
        v.                        *        CIVIL NO. 98-1500(PG)
                                  *
FULANO DE TAL,, d/b/a             *
RAFI LIQUOR STORE, ET AL.,        *
        Defendants.               *

_____

## J U D G M E N T

On April 20, 2000 the Court entered an Order dismissing the case with prejudice for lack of prosecution.

WHEREFORE, judgment is hereby entered **Dismissing the case with prejudice** for lack of prosecution.

IT IS SO ORDERED.

San Juan, Puerto Rico, April 20, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge